# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael Wylie, ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 3:21-cv-00554-MOC |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social Security, ) | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 6, 2022 Order.

May 6, 2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court